# EXHIBIT A

### Plaintiff's Names, Addresses, And Legal Descriptions

Tawanda Hall          24650 Martha Washington Dr., Southfield, Mi 48075

T1n,R10e,Sec 26 230-1 A P J L Bakers Wash Hts Sub Wly 6 Ft Of Lot 229, Also All Of Lots 230 & 231

---

Kristina Govan         19095 Hilton, Southfield, Mi 48075

T1n,R10e,Sec 23 521-2 Evershire Lots 521 & 522 Also N 10 Ft Of Vacated Alley Adj To Same

---

Carolyn Miller         17600 George Washington Dr., Southfield, Mi 48075

T1n,R10e,Sec 25 128-0 Southampton Sub. Lots 128, 129 & 130

---

American Internet Group    25927 Mc Allister, Southfield, Mi 48033

T1n,R10e,Sec 20 34a Hart Bros Mc Alister Subdn N 1/2 Of Lot 34

---

Marcus Byers           21666 S Hidden Rivers Dr., Southfield, Mi 48075

T1n,R10e,Sec 27 Oakland County Condominium Plan No 950 River Crossing Condominium Unit 31, Bldg G

---

Curtis And Coretha Lee     16412 Stratford Dr., Southfield, Mi 48075

T1n,R10e,Sec 25 77 Southfield Farms Lot 77

---

Anthony Akande         29800 Chelmsford Rd., Southfield, Mi 48076

T1n,R10e,Sec 11 10 Cranbrook Village Sub No. 4 Lot 325