**24650 MARTHA WASHINGTON DR** SOUTHFIELD, MI 48075 (Property Address)

Parcel Number: 76-24-26-205-011



Item **1** of **2** 1 Image / 1 Sketch

**Property Owner:** HURST, VAUGHN PATTON

***Summary Information***

- Residential Building Summary
  - Year Built: 1964
  - Bedrooms: 0
  - Full Baths: 3
  - Half Baths: 1
  - Sq. Feet: 3,166
  - Acres: 0.408
- 6 Invoices Found, Amount Due: 0.00
- Assessed Value: $0 | Taxable Value: $0
- Property Tax information found
- 20 Building Department records found

## Owner and Taxpayer Information

| | | | |
|---|---|---|---|
| **Owner** | HURST, VAUGHN PATTON<br>19785 W 12 MILE RD # 404<br>SOUTHFIELD, MI 48076 | **Taxpayer** | SEE OWNER INFORMATION |

## General Information for Tax Year 2020

| | | | |
|---|---|---|---|
| **Property Class** | 401 - RESIDENTIAL | **Unit** | 76 CITY OF SOUTHFIELD |
| **School District** | Southfield | **Assessed Value** | $0 |
| **MAP #** | *No Data to Display* | **Taxable Value** | $0 |
| **USER NUM IDX** | 0 | **State Equalized Value** | $0 |
| **USER ALPHA 1** | *Not Available* | **Date of Last Name Change** | *Not Available* |
| **USER ALPHA 3** | *Not Available* | **Notes** | *Not Available* |
| **Historical District** | *Not Available* | **Census Block Group** | *Not Available* |
| **USER ALPHA 2** | *Not Available* | **Exemption** | *No Data to Display* |

### *Principal Residence Exemption Information*

| | |
|---|---|
| **Homestead Date** | 06/04/2020 |

| Principal Residence Exemption | June 1st | Final |
|---|---|---|
| 2020 | 0.0000 % | 100.0000 % |

### *Previous Year Information*

| Year | MBOR Assessed | Final SEV | Final Taxable |
|---|---|---|---|
| 2019 | $0 | $0 | $0 |
| 2018 | $102,610 | $0 | $0 |
| 2017 | $91,130 | $91,130 | $76,950 |

## Land Information

| | | | |
|---|---|---|---|
| **Zoning Code** | *Not Available* | **Total Acres** | 0.408 |
| **Land Value** | $0 | **Land Improvements** | $4,525 |
| **Renaissance Zone** | No | **Renaissance Zone Expiration Date** | *No Data to Display* |
| **ECF Neighborhood** | 426C BAKER'S WASHINGTON HTS 26C | **Mortgage Code** | *Not Available* |
| **Lot Dimensions/Comments** | *No Data to Display* | **Neighborhood Enterprise Zone** | No |

| Lot(s) | Frontage | Depth |
|---|---|---|
| Lot 1 | 127.00 ft | 140.00 ft |
| | **Total Frontage: 127.00 ft** | **Average Depth: 140.00 ft** |

## Legal Description

T1N,R10E,SEC 26 230-1 A P J L BAKERS WASH HTS SUB WLY 6 FT OF LOT 229, ALSO ALL OF LOTS 230 & 231

## Land Division Act Information

| | | | |
|---|---|---|---|
| **Date of Last Split/Combine** | *No Data to Display* | **Number of Splits Left** | 0 |
| **Date Form Filed** | *No Data to Display* | **Unallocated Div.s of Parent** | 0 |
| **Date Created** | *No Data to Display* | **Unallocated Div.s Transferred** | 0 |
| **Acreage of Parent** | 0.00 | **Rights Were Transferred** | *Not Available* |
| **Split Number** | 0 | **Courtesy Split** | *Not Available* |
| **Parent Parcel** | *No Data to Display* | | |

## Sale History

| Sale Date | Sale Price | Instrument | Grantor | Grantee | Terms of Sale | Liber/Page |
|---|---|---|---|---|---|---|
| 04/07/2020 | $308,000.00 | WD | SOUTHFIELD NEIGHBORHOOD REVITALIZAT | HURST, VAUGHN PATTON | NOT REPRESENTATIVE | 54173/725 |
| 10/23/2018 | $1.00 | QC | CITY OF SOUTHFIELD | SOUTHFIELD NEIGHBORHOOD REVITALIZAT | NOT REPRESENTATIVE | 52300/734 |
| 06/29/2018 | $22,642.00 | D | OAKLAND COUNTY TREASURER | CITY OF SOUTHFIELD | COUNTY TAX SALE | 51961/624 |
| 02/14/2018 | $0.00 | JUD | HALL, TAWANDA | OAKLAND COUNTY TREASURER | COUNTY TAX SALE | 51858/112 |
| 06/11/2010 | $67,000.00 | CD | WELLS FARGO BANK | HALL, TAWANDA | BANK SALE-NOT REPRES | 42172/186 |
| 07/02/2009 | $1.00 | QC | MTGE ELECTRONIC REG SYSTEM | WELLS FARGO BANK | NOT REPRESENTATIVE | 41358/425 |
| 06/30/2009 | $268,856.00 | SD | BROWN, MARCY F | MTGE ELECTRONIC REG SYSTEM | SHERIFF'S DEED | 41307/370 |
| 07/16/1979 | $110,000.00 | LC | | | PUR TO L.C. | |

## Building Information - 3166 sq ft TRI-LEVEL (Residential)

### *General*

| | | | |
|---|---|---|---|
| **Floor Area** | 3,166 sq ft | **Estimated TCV** | $303,029 |
| **Garage Area** | 625 sq ft | **Basement Area** | 567 sq ft |
| **Foundation Size** | 2,305 sq ft | | |
| **Year Built** | 1964 | **Year Remodeled** | *Not Available* |
| **Occupancy** | Single Family | **Class** | BC |
| **Effective Age** | 29 yrs | **Tri-Level** | Yes |
| **Percent Complete** | 0% | **Heat** | Forced Heat & Cool |
| **AC w/Separate Ducts** | No | **Wood Stove Add-on** | No |
| **Basement Rooms** | 0 | **Water** | *Not Available* |
| **1st Floor Rooms** | 0 | **Sewer** | *Not Available* |
| **2nd Floor Rooms** | 0 | **Style** | TRI-LEVEL |
| **Bedrooms** | 0 | | |

### *Area Detail - Basic Building Areas*

| Height | Foundation | Exterior | Area | Heated |
|---|---|---|---|---|
| Bi-Level | Bi-Lev. 80% | Siding/Brick | 979 sq ft | Bi-Level |
| 1 Story | Slab | Siding | 623 sq ft | 1 Story |
| 1 Story | Basement | Brick | 567 sq ft | 1 Story |
| 1 Story | Slab | Brick | 136 sq ft | 1 Story |

### *Area Detail - Overhangs*

| Area | Story Height | Exterior | Included in Size for Rates |
|---|---|---|---|
| 78 sq ft | 1 Story | Siding | 1 |

### *Basement Finish*

| | | | |
|---|---|---|---|
| **Recreation** | 0 sq ft | **Recreation % Good** | 0% |
| **Living Area** | 0 sq ft | **Living Area % Good** | 0% |
| **Walk Out Doors** | 0 | **No Concrete Floor Area** | 0 sq ft |

### *Plumbing Information*

| | | | |
|---|---|---|---|
| **3 Fixture Bath** | 3 | **2 Fixture Bath** | 1 |
| **Extra Sink** | 3 | **Ceramic Tile Floor** | 4 |
| **Ceramic Tub Alcove** | 3 | | |

### *Built-In Information*

| | | | |
|---|---|---|---|
| **Cook Top** | 1 | **Dishwasher** | 1 |
| **Garbage Disposal** | 1 | **Microwave** | 1 |
| **Standard Range** | 1 | | |

### *Fireplace Information*

| | | | |
|---|---|---|---|
| **Exterior 1 Story** | 1 | **Raised Hearth** | 1 |

### *Garage Information*

| | | | |
|---|---|---|---|
| **Area** | 625 sq ft | **Exterior** | Brick |
| **Foundation** | 42 Inch | **Common Wall** | 1.5 Wall |
| **Year Built** | 1964 | **Finished** | Yes |
| **Auto Doors** | 0 | **Mech Doors** | 0 |

### *Porch Information*

| | | | |
|---|---|---|---|
| **CCP (1 Story)** | 60 sq ft | **Foundation** | Standard |

****Disclaimer:** BS&A Software provides BS&A Online as a way for municipalities to display information online and is not responsible for the content or accuracy of the data herein. This data is provided for reference only and WITHOUT WARRANTY of any kind, expressed or inferred. Please contact your local municipality if you believe there are errors in the data.

Copyright © 2020 BS&A Software, Inc.