# Summons and Complaint Return of Service

Case No. 20-12230
Hon. Robert H. Cleland

(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))

This summons for *(name of individual and title, if any)* City of Southfield, Michigan
was received by me on *(date)* _____.

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____, and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Rachelle (Clerks' ofc), who is designated by law to accept service of process on behalf of *(name of organization)* City of Southfield
on *(date)* 9/24/20 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):* _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 9/24/20

*Server's signature*

Abraham Prince, Process Server
*Printed name and title*

16500 N. Park Dr, #603, Southfield 48075
*Server's address*

Additional information regarding attempted service, etc: