AO 440 (Rev. 06/12) Summons in a Civil Action

# Summons and Complaint Return of Service

Case No. 20-12230
Hon. Robert H. Cleland

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* __Oakland County__
was received by me on *(date)* __9/23/20__.

☐ I personally served the summons on the individual at *(place)* _____
on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* __Susan Palmer__, who is designated by law to accept service of process on behalf of *(name of organization)* __Oakland County__ on *(date)* __9/24/20__ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*: _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____.

I declare under penalty of perjury that this information is true.

Date: __9/25/20__

X __[signature]__
Server's signature

__Andrea Vereecke__
Printed name and title

__1746 Beechwood Way
Bloomfield Hills, MI 48302__
Server's address

Additional information regarding attempted service, etc: