# Summons and Complaint Return of Service

Case No. 20-12230
Hon. Robert H. Cleland

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* Andrew Meisner
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____, a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☑ I served the summons on *(name of individual)* Christy Howard, Deputy Treasurer, who is
designated by law to accept service of process on behalf of *(name of organization)* Oakland County Treasurer
on *(date)* 9/24/20 ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify)*: _____

My fees are $ _____ for travel and $ _____ for services, for a total of $ _____ .

I declare under penalty of perjury that this information is true.

Date: 9/25/20

X _____ (signature)
*Server's signature*

Andrea Vereecke
*Printed name and title*

1746 Beechwood Way
Bloomfield Hills, MI. 48302
*Server's address*

Additional information regarding attempted service, etc: