## INDEX OF EXHIBITS

Exhibit 1 – E-mail from Paulina Kennedy

Exhibit 2 – E-mail to Paulina Kennedy

Exhibit 3 – Stipulation to Dismiss