UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TAWANDA HALL; CAROLYN MILLER;
AMERICAN INTERNET GROUP, LLC;
ANTHONY AKANDE; CURTIS LEE;
CORETHA LEE; MARCUS BYERS; and
KRISTINA GOVAN; and all those similarly
situated in the City of Southfield,

    Plaintiffs,

vs.

OAKLAND COUNTY TREASURER
ANDREW MEISNER, in his official and individual
capacities; OAKLAND COUNTY; SOUTHFIELD
NEIGHBORHOOD REVITALIZATION
INITIATIVE, LLC; CITY OF SOUTHFIELD;
FREDERICK ZORN, in his official and individual
capacities; KEN SIVER, in his official and individual
capacities; SOUTHFIELD NON-PROFIT HOUSING
CORPORATION; HABITAT FOR HUMANITY
OF OAKLAND COUNTY, INC.; SUSAN
WARD-WITKOWSKI, in her former official and individual
capacities, GERALD WITKOWSKI, in his official and individual
capacities, TREASURER IRVIN LOWENBERG, in his official
and individual capacities; MITCHELL SIMON; and E'TOILE LIBBETT,

    Defendants.

Case No.: 20-cv-12230-PDB-EAS
Hon. Paul D. Borman
Mag. Judge Elizabeth A. Stafford

---

**EXHIBIT LIST TO
DEFENDANTS, SOUTHFIELD NON-PROFIT HOUSING
CORPORATION, SOUTHFIELD NEIGHBORHOOD REVITALIZATION
INITIATIVE, LLC, MITCHELL SIMON AND E'TOILE LIBBETT'S
BRIEF IN SUPPORT OF MOTION TO DISMISS COMPLAINT**

---

1

Exhibit 1:	Operating Agreement of Southfield Neighborhood Revitalization Initiative, LLC.

Exhibit 2:	*Anderson v. Co. of Wayne*, No. 10-13708, 2011 WL 2470467 (E.D. Mich., June 20, 2011)

Exhibit 3:	Order on Motion for Summary Disposition
*Hayes, et al. v. Oakland County Treasurer's Office, et al.*
Oakland County Circuit Court Case No. 2017-157366-CZ

Exhibit 4:	Verified Petition for Reinstatement of Tile
*Debbie Byers v. Oakland County Treasurer, et al.*
Oakland County Circuit Court Case No. 2019-172083-CZ

Exhibit 5:	Opinion and Order Granting Summary Disposition
*Debbie Byers v. Oakland County Treasurer, et al.*
Oakland County Circuit Court Case No. 2019-172083-CZ

Exhibit 6:	Debbie Byers Appeal Packet
*Debbie Byers v. Oakland County Treasurer, et al.*
Michigan Court of Appeals Case No. 350277

Exhibit 7:	Order Denying Appeal
*Debbie Byers v. Oakland County Treasurer, et al.*
Michigan Court of Appeals Case No. 350277

Exhibit 8:	Adversary Complaint
*In re Debbie S. Byers*, Case No. 20-48373-mar, ECF No. 48
*Debbie S. Byers v. [SNRI and OCT]*, Adversary Case No. 20-04385-mar, ECF No. 1.

Exhibit 9:	Deed to 21666 Hidden Rivers Drive
Liber: 40534, Page: 530, Oakland County Records.

Exhibit 10:	Judgment of Divorce
*Debbie Sue Byers v. Marcus Maurice Byers, Sr.*
Oakland County Circuit Court Case No. 16-842430-DO.

Exhibit 11:	*Rafaeli, LLC v. Oakland Co*.
No. 156849, 2020 WL 4037642 (Mich., July 17, 2020)