## INDEX OF EXHIBITS

A    2018 Property Tax Payment Plan (Tawanda Hall)

B    Plaintiffs' First Amended Class Action Complaint for Declaratory Relief, Injunctive Relief and Damages

C    Motion to Amend Complaint

D    Order on Defendants' Motion for Summary Disposition and Plaintiffs' Motion to Amend Complaint

E    Deed

F    Opinion, *Jackson v. Southfield Neighborhood Revitalization Initiative*, Michigan Court of Appeals Docket #344059 (Dec. 19, 2019)