**EXHIBIT A**



OAKLAND COUNTY TREASURER

1200 N. TELEGRAPH RD., DEPT 479
PONTIAC, MI 48341-0479

ANDY MEISNER
COUNTY TREASURER

JODY WEISSLER DEFOE
CHIEF DEPUTY TREASURER

## 2018 LS DELINQUENT PROPERTY TAX PAYMENT PLAN

**Date:** March 29, 2018

**Parcel ID:** 76 24-26-205-011

**Property Address:** 24650 MARTHA WASHINGTON DR

**Name:** TAWANDA HALL

**Down Payment:**

**Due Date:**

**Phone Number:** (313)544-6866

In order to pay my: _____2014,2015_____ Property Tax Delinquency

I will make payments of _____$650_____ Per Month

To: **OAKLAND COUNTY TREASURER**
1200 N Telegraph Rd, Pontiac, MI 48341

First payment must be received before: **March 30, 2018**

Monthly payments must be received before the first day of the month.

If I do not make consistent and timely payments every month I will lose my property. State law requires the Treasurer's Office to continue the tax foreclosure process by sending notices, personal service, administrative show cause hearing and judicial foreclosure hearing, and adding interest, fees and service charges until all delinquent taxes are paid in full. This property may be withheld from auction if all payments are made. This plan is valid until February 2019.

Acknowledgement by Taxpayer (please initial): ____

Acknowledgement by Treasurer's Office (please initial): ____

This is not a legal contract, though failure to comply will result in property tax foreclosure and loss of property.
OFFICE (248) 858-0612   FAX (248) 858-1810