**EXHIBIT E**

LIBER 4 0 5 3 4 PG 5 3 0

**OAKLAND COUNTY TREASURERS CERTIFICATE**
I HEREBY CERTIFY that there are no TAX LIENS or TITLES held by the state or any individual against the within description and all TAXES on same are paid for five years previous to the date of this instrument as appears by the records in the office except as stated.

AUG 1 4 2008

PATRICK M. DOHANY, County Treasurer
Sec. 135, Act 206, 1893 as amended

153592
LIBER 40534 PAGE 530
$13.00 DEED - COMBINED
$4.00 REMONUMENTATION
$219.30 TRANSFER TX COMBINED
08/18/2008 02:52:57 P.M. RECEIPT# 71735

PAID   RECORDED - OAKLAND COUNTY
RUTH JOHNSON, CLERK/REGISTER OF DEEDS

003368

DEED "C"

KNOW ALL MEN BY THESE PRESENTS: Wells Fargo Bank, N.A., as Trustee for Option One Mortgage Loan Trust 2005-4 Asset Backed Certificates Series 2005-4 by Option One Mortgage its Attorney-In-Fact, whose Power of Attorney is recorded in Liber 39352 Page 96, Oakland County Records ("Grantor") Whose address is 3 Ada, Irvine, CA 92618.

Convey(s) to Debbie Byers a _____ woman ("Grantee"), whose address is 17541 Sunnybrook Ave., Lathrup Village, MI 48076-3510

the following described premises situated in City Of Southfield, County of Oakland and State of Michigan, to-wit:

Unit 31, Building G, River Crossing Condominium, according to the Master Deed recorded in Liber 15867, Page 802 inclusive, Oakland County Records and designated as Oakland County Condominium Subdivision Plan No. 950, together with rights in general common elements and limited common elements as set forth in the above Master Deed and as described in Act 59 of the Public Acts of 1978, as amended. Commonly known as: 21666 Hidden Rivers Drive South, Southfield, MI 48075.   9000950

Commonly known as:  21666 Hidden Rivers Drive South      Tax Parcel No.: 24-27-151-031
For the full consideration of Twenty-Five Thousand One Hundred Ninety-Nine 00/100 Dollars. ($25,199.00)

Subject to the existing building and use restrictions, easements and zoning ordinances of record, if any. The Grantor covenants and agrees that the grantor as not previously done or committed or willingly suffered to be done or committed any act, matter, or thing that would cause the premises or any part of them to be charged or encumbered in title, estate, or otherwise.

Dated this 2 day of July, 2008

RECEIVED
Witness:
AUG 18 2008
Ruth Johnson Register of Deeds
Oakland County, MI

CHECKING COMPLETED
AT REGISTER OF DEEDS
AUG 18 2008
Ruth Johnson Register of Deeds
Oakland County, MI

Rose Howard

Signed and Sealed:
Wells Fargo Bank, N.A., as Trustee for Option One Mortgage Loan Trust 2005-4 Asset Backed Certificates Series 2005-4 by Option One Mortgage its Attorney-in-Fact, whose Power of Attorney is recorded in Liber 39352 Page 96, Oakland County Records ("Grantor") Whose address is 3 Ada, Irvine, CA 92618.

By: _____ (L.S.)
Chris Bisceglia
As: Assistant Secretary

*Type or print name below signature(s) in black ink only.

ATA #: 08-82835
REO# 0018043786
Instrument
Drafted by    Erin Raff

Business: Attorneys Title Agency, Inc. c/o Mary Hranach
Address: 31440 Northwestern Highway Suite 150
Farmington Hills, MI 48334

O.K. - KB

This premises may be located within the vicinity of farmland or a farm operation. Generally accepted agriculture and management practices which may generate noise, dust, odors, and other associated conditions may be used and are protected by the Michigan right to farm act.

The grantor grants to the grantee the right to make (100%) division(s) under section 108 of the land division act, Act No. 288 of the Public Acts of 1967.



STATE OF MICHIGAN
OAKLAND
8/18/2008
71735

REAL ESTATE TRANSFER TAX
$28.05 CO
$191.25 ST
524652

Send subsequent tax bill and recorded deed to
Debbie Byers
17541 Sunnybrook Ave.
Lathrup Village, MI 48076-3510

08-82835

LIBER 4 0 5 3 4 PG 5 3 1

County Transfer Tax _____

CA Notary Acknowledgement.

State of   California         }
                              )ss.
County of  Orange             }

On __7/2/08__ before me, __Rose Ann Howard__ personally appeared

__Chris Biscaglia__, who acknowledged himself/herself as the __Assistant Secretary__ of Option One Mortgage Corporation, Attorney-In-Fact for Wells Fargo Bank, N.A., as Trustee for Option One Mortgage Loan Trust 2005-4 Asset Backed Certificates Series 2005-4, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

> ROSE ANN HOWARD
> Commission # 1787397
> Notary Public - California
> Orange County
> My Comm. Expires Dec 25, 2011

_Rose L. Howard_
Notary Public

My Commission Expires: _____