**INDEX OF EXHIBITS**

Exhibit 1 – State Court Complaint

Exhibit 2 – Order Granting Summary Disposition

Exhibit 3 – *Dallaire v. Treatment Works Inc*

Exhibit 4 – *Ken-NK Inc v. Vernon Township*

Exhibit 5 – *US v. Real Property Located at 4527-4535 Michigan Ave Detroit Mich*

Exhibit 6 – *Meth v. Kilpatrick*

Exhibit 7 – *Rafaeli LLC V. Oakland County*

Exhibit 8 – Debbie Byers' Deed

Exhibit 9 – *Stockler v. City of Detroit*

Exhibit 10 – *O'Connell v. Berrien County Treasurer*