UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TAWANDA HALL, *et al.*,

        Plaintiffs,

v.

OAKLAND COUNTY TREASURER
ANDREW MEISNER, *et al.*,

        Defendants.
_____/

Case No. 20-cv-12230

Paul D. Borman
United States District Judge

**ORDER STRIKING PLAINTIFFS' COMBINED RESPONSE TO ALL DEFENDANTS' MOTIONS TO DISMISS (ECF NO. 36), AND ORDERING PLAINTIFFS TO FILE SEPARATE RESPONSES TO EACH DEFENDANTS' MOTION TO DISMISS (ECF NOS. 24, 31, 32, 34)**

Defendant Habitat for Humanity filed a Motion to Dismiss on October 21, 2020. (ECF No. 24, Habitat for Humanity Motion to Dismiss.) On November 5, 2020, Defendants Southfield Non-Profit Housing Corporation, Southfield Neighborhood Revitalization Initiative, LLC, Mitchell Simon and E'Toille Libbett (the "Non-Profit Defendants"), and Defendants Oakland County and Andrew Meisner (the "OC Defendants") filed two separate motions to dismiss. (ECF No. 31, Non-Profit Defendants' Motion to Dismiss) (ECF No. 32, OC Defendants' Motion to Dismiss.) Finally, on November 6, 2020, Defendants City of Southfield, Frederick

Zorn, Kenson Siver, Susan Ward-Witkowski, Gerald Witkowski, and Irvin Lowenberg (the "Southfield Defendants") filed their motion to dismiss. (ECF No. 34, Southfield Defendants' Motion to Dismiss.)

On December 9, 2020, Plaintiffs filed a Combined Response to All Defendants' Motions to Dismiss. (ECF No. 36.)

The Court STRIKES Plaintiffs' Combined Response (ECF No. 36) and ORDERS Plaintiffs to file separate responses to each of the four pending motions to dismiss. Plaintiffs' responses are due by **Monday, December 28, 2020**.

IT IS SO ORDERED.

Dated: December 11, 2020

s/Paul D. Borman  
Paul D. Borman  
United States District Judge