PC633a  YWilliams  10/11/2018 11:03 AM  (i)

OSM CODE: LOG

| STATE OF MICHIGAN<br>PROBATE COURT<br>COUNTY OF WAYNE<br>www.wcpc.us | LETTERS OF GUARDIANSHIP | **FILE NO.**<br>1999-607327-GA<br>Judge Terrance A Keith |
|---|---|---|

In the matter of  MARCUS MAURICE BYERS Sr, Legally Incapacitated Individual

TO: Name and address
  Kiara Napier
  20010 Lindsay St
  Detroit, MI 48235
  (313)736-6678

1. You have been appointed ☐ by will or other witnessed writing ☒ by the court as  Successor Full
   guardian of the individual named above.                                    (Type of guardian (full, limited, temporary, etc.))

2. Having filed an acceptance of appointment, you have the care, custody, and control of that individual:

    a. together with all authority and responsibilities granted and imposed by law.

    b. except as follows:

      The fiduciary may not relocate the ward out of the state without prior Probate Court authority.

3. These letters of guardianship expire on  **12/6/2019**  .
                                              Date

10/11/2018
Date

Judge  Terrance A Keith                                  Bar no. 37738

| Attorney name (type or print) | Bar no. | Attorney name (type or print) | Bar no. |
|---|---|---|---|
| Address | | Address | |
| City, state, zip | Telephone no. | City, state, zip | Telephone no. |

I certify that I have compared this copy with the original on file and that it is a correct copy of the whole of such original, and on this date, these letters are in full force and effect.

_____                            _____
Date                                                  Deputy Probate Register

The Letters of Authority are valid only if issued with the raised seal of the Wayne County Probate Court.

Do not write below this line - For court use only

MCL 330.1631, MCL 700.5103, MCL 700.5214, MCL 700.5215(f), (g), MCL 700.5314(a), (e),
MCL 700.5417, MCR 5.202, MCR 5.402(D), MCR 5.405(C), MCR 5.406(A), MCR 5.409

**PC 633a(9/12) LETTERS OF GUARDIANSHIP**

Kiara Napier
20010 Lindsay St
Detroit, MI 48235

PC633a    YWilliams    10/11/2018 11:03 AM    (i)

## NOTICE OF DUTY TO VISIT

**You are required** by law to visit the individual for whom you are guardian at least once every three months.

## NOTICE OF REPORTING DUTIES

**You are required** by law to file with this court a written report on the indicated form(s) and at the indicated times. Forms are available at the court.

**CHANGE IN PLACE OF RESIDENCE:** You are required to promptly inform the court of any change in the ward's residence within 14 days of the change. You are also required to keep the court and interested persons informed in writing within 7 days of any change in your address.

☒  **ANNUAL REPORT:**
Your annual report on condition of ward is due on each year on    **12/6/**    (Use form PC 634 or PC 654)

In addition, you must serve the report on the ward and interested persons as specified in the Michigan Court Rules and file proof of service with the court.

☐  **ACCOUNTS:** You must file with this court once a year, either on the anniversary date of your letters of authority or on another date you choose (you must notify the court of this date) or more often if the court directs, a complete itemized accounting of your administration of the estate. On termination of the individual's disability, you shall account to the court or to the individual or that individual's successors. **The accounts must be served on the required persons at the same time they are filed with the court, along with proof of service.**   (Use form PC 583 or PC 584: "Account")

**ONGOING DUTY TO REPORT:** Pursuant to MCL700.5319(2), if a conservator has not been appointed for the ward's estate and you determine that there is more cash or property that is readily convertible into cash in the ward's estate than was estimated by the guardian ad litem and reported to the court, you must report the amount of the additional cash or property to the court.

**DEATH OF WARD:** If the ward dies during the guardianship, you must give written notification to the court within 14 days of the individual's date of death. If accounts are required to be filed with the court, a final account must be filed within 56 days of the date of death.

**DELEGATION OF DUTIES:** You are required by law to notify the court when you delegate duties under a durable power of attorney.

ATTENTION: **The above provisions are reporting duties only and are not the only duties required of you.** These mandatory provisions are specified in court rules adopted by the Michigan Supreme Court. Your failure to comply may require the court to appoint a special fiduciary in your place and to suspend your powers. This may result in your removal as fiduciary. The court is prohibited by statute from giving you legal advice.

### KEEP THIS NOTICE FOR FUTURE REFERENCE

PC633a  YWilliams  10/11/2018 11:03 AM  (i)

| STATE OF MICHIGAN<br>PROBATE COURT<br>COUNTY OF WAYNE | YOUR RESPONSIBILITIES<br>AS GUARDIAN | FILE NO.<br>1999-607327-GA |
|---|---|---|

In the matter of        MARCUS MAURICE BYERS Sr, Legally Incapacitated Individual

**Tell the court if your ward dies.** Send a copy of the death certificate or obituary to the address below:
Wayne County Probate Court, Document Processors
1307 Coleman A. Young Municipal Center
2 Woodward Ave.
Detroit, MI 48226

**Tell the court if your or the ward's address and/or telephone number changes.** If you fail to tell the court about an address and/or telephone number change for yourself or your ward within 14 days, you could be suspended. Send to:
Wayne County Probate Court, Document Processors
1307 Coleman A. Young Municipal Center
2 Woodward Ave.
Detroit, MI 48226

**An attorney, appointed by the court, will come and meet with the ward and guardian after one year.** The law requires that every adult guardianship case be reviewed after one year, and at least once every three years after that. Failure to cooperate could lead to your suspension.

**You must file an annual report, even if a court-appointed attorney meets with the ward and guardian.** The law requires you to file an *Annual Report on Condition of Ward* form each year – it is due on the anniversary of the date you became guardian. The Court will send you a notice and a blank *Annual Report* form approximately a month before it is due. Failure to file the form **WILL** lead to your suspension as guardian. Mail the form to the following address:
Wayne County Probate Court, Document Processors
1307 Coleman A. Young Municipal Center
2 Woodward Ave.
Detroit, MI 48226

### GUIDELINES FOR RECORD KEEPING BY GUARDIANS AND CONSERVATORS

**AFTER RECEIVING LETTERS OF AUTHORITY:**
- File a change of address card with the Post Office to receive the ward's mail.
- Create one file for each ward, even if the ward has a conservator and guardian.
- Keep the following documents in the ward's file: all petitions, letters of authority, inventories, fiduciary bonds, annual reports, accounts, guardian ad item (GAL) reports, reports on review of guardianship, and closing papers.

**FINANCES AND RECORD KEEPING:**
- There should be one bank account for each ward with a caption such as: "Estate of John Doe, a minor".
- The only time more than one account is necessary is if the ward has more money than is needed to cover living expenses for 6 months. Then a money market or short term CD would be appropriate.
- When closing the ward's account and opening a new one, keep all opening and closing documents.
- All checks payable to the ward must be deposited into the bank account.
- Open all bank and other statements immediately to identify any irregularities.
- All checks must be hand signed by the fiduciary. Never use a signature stamp. Do not allow anyone else to sign checks. Keep in secure location.
- Keep a copy of all bank statements, checks written, and receipts.
- Pay for everything by check so you will have documentation.
- All spending must only be used to benefit the ward and not the fiduciary or family members.
- If there is a question about expenditure, file a petition with the court to obtain court approval.
- Demand and obtain written bills before making a payment.
- Computerized records must be backed up and stored in at least one other location.
- Keep a record documenting visits to all wards.

WCPC 33 (Rev. 8/16)  YOUR RESPONSIBILITIES AS GUARDIAN