## QUIT CLAIM DEED

### KNOW ALL MEN BY THESE PRESENTS:

That Debbie Byers, quit claims to herself Debbie Byers and Marcus Byers, ex-husband, as joint tenants with rights of survivorship, both whose respective addresses are 21666 S. Hidden River Dr, Southfield, MI 48075 (Marcus Byers) and 17541 Sunnybrook Avenue, Lathrup Village, MI 48076 (Debbie Byers), the following described premises situated in the City of Southfield, County of Oakland, State of Michigan, to-wit:

T1N,R10E,SEC 27 OAKLAND COUNTY CONDOMINIUM PLAN NO 950 RIVER CROSSING CONDOMINIUM UNIT 31, BLDG G

Commonly known as: 21666 S HIDDEN RIVERS DR, SOUTHFIELD, MI 48075

Parcel Id. No. 76-24-27-151-031

This transfer is exempt from revenue pursuant to MCLA 207.526(a) and MSA 7.456(5)(a), and executed on this 30th day of July, 2020.

Signed and Sealed:

_____
Debbie Byers

STATE OF MICHIGAN  )
COUNTY OF OAKLAND  ) ss.

The foregoing instrument was acknowledged before me this __6__ day of August, 2020, by Katielyn Garelik

_____, Notary Public
Oakland County
Acting in Oakland County
My Commission Expires: 3-4-2025

When Recorded return to:
Smith Law Group
30833 Northwestern Hwy., Suite 200
Farmington Hills, MI 48334

Instrument Drafted by:
Drafted By:
Scott F. Smith
30833 Northwestern Hwy. Suite 200
Farmington Hills, MI 48334

KATIELYN GARELIK
Notary Public - State of Michigan
County of Oakland
My Commission Expires Mar 4, 2025
Acting in the County of Oakland