| Name | Address | new owner | SNR Position on Prop | Resell Price |
|---|---|---|---|---|
| ERMIAS WAKJRA | 15610 Stone Crossing Dr | .98 acres | still held by snr | |
| Cecil & Mariam Hudson | 16189 Templar Cir | | | 222,000 |
| Coretha & Curtis Lee | 16412 Stratford | | | 155,000 |
| Dorothy Sligh | 17114 morrison St | | | 215000 |
| Louis Jackson | 17245 Louise | | | |
| Ms nicky | 17299 Bonstelle | | | 229,000 |
| Adam Ratcliff | 17350 Roseland | | | 108000 |
| Marion Sinclair | 17357 new Hampshire | | | |
| Serenus Pope | 17512 Cornell | | | 199900 |
| Reginald C Collins | 17540 Roxbury Ave | | | 135000 |
| Mrs Carolyn Miller | 17600 George Washington | | | 120,000 |
| Dorothy Russaw | 18425 Westhampton Dr | | | 175,000 |
| Estate of Demetria D Davis | 18435 Dorset | | | 225,000 |
| Frank and Barbara Love | 18925 Adrian St | | | 187,000 |
| Ronda & Mia Gray | 19026 Melrose Ave | | | 15,100 |
| kristina Govan | 19095 Hilton .266 acres | | still held by snr | |
| Fredericka & James Holley | 19246 Greenwald | | | 185,000 |
| Lee & Gayle Craft (Jackson no) | 19435 W. 9 Mile | Atty Smith Client | still held by snr | |
| Rayford/Moreno/mario Frye | 19470 Goldwin Dr | | | 7500 |
| Carlas Rogers | 19474 Midway | | | |
| Richard Wolfe | 19574 Melrose Ave | | | 154,000 |
| Valencia Cohen | 19630 jeanette | | | 130,000 |
| Robert & Dolore White (Dolores???) | 19650 Dorset | | | 149,000 |
| Latrice Ellis | 19780 Mahon | JKLM REAL ESTATE | | 7,500 |
| Patrice Robinson | 19800 Cherry Hill Lane | | | |
| Yiousif M & WF Seman | 20059 beechaven St | ARLISHEA M WASHINGTON | | 250000 |
| Lester J Le Vasseur | 20105 LedgeStone St | | | 190,000 |
| DE LEON SARAH ELIZABETH | 20119 Woodburn | | | 90000 |
| ??? Get from toby | 20199 Westhampton | | | |
| SCHEER, ALASTAIR | 20219 Westland | | | 90000 |
| HORN, JAMES & PAULETTE | 20402 Melrose | | | 64000 |
| CITADEL APPRAISAL GROUP LLC bought in | 20425 Westland Dr | | still held by snr | |
| WARSAW, ALAN & LHISA | 20426 LaCrosse | | | 184,900 |
| SCHEER, ALASTAIR | 20433 Westland .4 acres | | still held by snr | |
| SAMET, JOSEPH | 20455 Westover | | | 75,000 |
| KEYCIA WRIGHT; TODD VANDERHOEF | 20500 Melrose St | | | 85000 |
| HAYES, ALLYSA S | 20506 Westhampton Ave | | still held by snr | |
| BRANDON R KLECKLEY | 20511 WEsthampton | | | 162,000 |
| | 20559 Beechaven  LOOKUP IN COUNTY RECORDS | | | |
| PARRISH GRASSEL, | 20562 Westhaven | | still held by snr | |
| ALASTAIR SCHEER, | 20640 Westland Dr | | | 89,000 |
| CHERYL A. WILLIAMS-KEARNEY | 20691 Westover | | | 13,913 |
| CHOPPER61 LLC | 20816 Delaware | Linda Mitchell | | 74,000 |
| JAMIL A JAMALEDDINE | 20820 Westhampton | | | 15,999 |
| MARIE SANDERS, SILVER CAPITAL GROUP | 20860 Secluded Lane | | still held by snr | |
| SIMPLY CONSTRUCTION & EXCAVATING LL | 20905 Mapleridge Ave | | still held by snr | |
| CORA M MCBRIDE, | 20910 Westover | | still held by snr | |
| PENNY MAC LOAN SVCS, LLC | 20917 Delaware | | | 100,000 |
| ERIC & GLORIA HARDY, | 20935 Westhampton Ave | | | 80,000 |
| ERIC & GLORIA HARDY | 20945 Westhampton Ave | | | 83,000 |
| KEYON A DICKERSON | 20966 Evergreen .5 acres | | | 120,000 |
| ALEXANDER & GUADALUPE SZILAGYI | 20977 Avon Ln | | | 50000 |
| ????? Maybe wrong address | 20977 Woodburn | | | |
| Malik Fuqua - SMFJ, LLC | 20999 Mcclung | | | 40,000 |
| NICHOLAS & JILL KUMMER | 21110 Van Buren St | Sold to habitat - then resold | | 115,000 |
| ATKINS, BRENT DION | 21120 Midway | | still held by snr | |
| CLAUDE/DAVID GREENIA | 21126 Stahelin Rd | | still held by snr | |
| Michael C. Birac | 21211 Sfield | lawsuit -birac no jackson PL | | |
| JIMMIE STEVENS | 21270 8 1/2 Mile .4 acres | | still held by snr | |
| C STEWART | 21315 Frazer Ave | HP Snap Investment | | 17500 |
| SEAN SIMMONS (Son of Catherine Simmo | 21346 Inkster | | still held by snr | |
| ANTHONY & WILLIE HALL | 21373 Stahelin Rd | Habitat for $1 | | 1 |
| WILLIAM E & SUZANN RALSTON | 21451 Wallace Dr | | | 109,000 |
| DAVID W ROLAND | 21557 Stahelin (New addr? Donna Roland) | Penny Folkes | | 185,000 |
| DEBBIE BYERS | 21666 Hidden River Dr | | still held by snr | |
| RUTH COPELAND | 21700 W. 10 Mile | SOLD TO ZMD CONSTR, LLC | | 10,000 |
| ROLAND & CAMILLA BOWMAN-PORTER | 21749 W 8 1/2 Mile | Eric & Rebecca Whitney | | 132000 |
| FRED & MARGARET SIBERT | 21870 Maplewood Dr | Daniel Easterday | | 235,000 |
| MARK & DEBBIE BAKSHI | 21909 Carleton Ave | | still held by snr | |
| COULD NOT FINd???? (Toby) | 22037 Poinciana (Could not find ???) Toby | | | |
| JOANNA JONES | 22133 Keefer St | | still held by snr | |
| SFS TAX SERVICES LLC | 22505 Beech Rd .6 acres | JKLM Real Estate no???? | | 7500 |
| Mr. Hayes' property | 22946 N. Bellwood Dr | Jackson lawsuit | still held by snr | |
| KELLY MAHONEY | 23118 Plumbrooke | | | 180000 |

| Name | Address | Notes | Status | Amount |
|---|---|---|---|---|
| Carolyn Williams | 23212 Grayson Dr, Unit 180 | | | 77,500 |
| HAKEEM LOWRY | 23266 E. Ranch hill Dr | lawsuit + lis pendens | still held by snr | |
| NICHELLE KIRKSEY | 23330 Edinburgh St | | still held by snr | |
| ERIC & GLORIA  HARDY | 23381 Telegraph | D4Holdings, LLC???? | | 150,000 |
| ????? Same as above address | 23381 Telegraph | | | |
| navarro & Kimberly hodge | 23426 Lee Baker Dr | | | 18,170 |
| Ken Taylor - fed lawsuit-lis pendens | 23620 Oliver Ct | worth $205K | still held by snr | |
| Sandra Barshtz | 23777 Village House Dr, Apt 6a | | | 77,250 |
| SODORE LLC | 24011 Greenfield | Tewodross Fesseha | still held by snr | |
| KENNETH & MARILYN STANFORD | 24065 Rockingham St | | still held by snr | |
| DONALD E  SWINNEY AND WORTLEY, NA | 24175 Lee Baker Dr | resold Walter Veazey | | 175,000 |
| CAROLYN HEART-RICHARDSON | 24210 Mulberry Dr | FED, MACON III & HUGLEY, NATASHA | | 300,000 |
| ARAMAIS MOLOIAN | 24273 Lois Lane | WRIGHT, ALLEN JR - new owner | | 240,900 |
| ??? Could not find | 24505 Lafayette Cir | | | |
| IRENE WASKE | 24566 Southfield Rds ???? Zorn connect??? | WYANDOTTE PROFESSIONAL BLDG II LLC | | 300000 |
| The Halls (Tawanda???) | 24650 Martha Washington | fed lawsuit ???? | still held by snr | |
| Alma Williamson | 24728 Pierce St | NETTLES, MARK & KERI | | 158,000 |
| JPMC SPECIALTY MORTGAGE LLC | 24903 Lois Lane | | still held by snr | |
| John Edwards' Property | 25055 W 10 Mile rd | Lis Pendens - fede lawsuit | still held by snr | |
| EAH PROPERTY MANAGEMENT, LLC - hod | 25360 Shiawassee Cir, 201 | America Douglas-Whitaker | | 75,000 |
| Sandra Church - Peaches | 25540 Southwood Dr | moshe/Jenni Freedman | | 260,000 |
| GENEVIEVE STOFER | 25870 W. 9 mile rd | JKLM Real Estate no???? | | 7500 |
| John Edwards' Property | 25927 McAllister | | | 149,900 |
| ZRT HOLDINGS LLC | 27070 Shiawassee Rd (Mr Hodges prop???) | JKLM REAL ESTATE | | 5000 |
| Renee Hassan .19 acres | 27120 Shagbark Dr | AARON BROOKS, JR | | 150,000 |
| Richard K. Hutchinson | 27129 Shagbark Dr | Alice V Dugan???? | 121K & 142K | 121000 |
| Kevin Christensen | 27150 W 12 Mile 2.8 acres | Governor's Conf Cntr, LLC. | | 390,000 |
| SHEILA MAXWELL | 27645 Dover St | latisha Moore | | 235,000 |
| DEBBIE BAKSHI | 28049 Sutherland | Erin Lee Faye | | 102,500 |
| JATTA, BUBACARR | 28055 Red Leaf Lane | Brenda Edmonson | | 100,000 |
| Darlene Williams | 28091 Glasgow | JKLM Real Estate no???? | | 7,500 |
| Jason A Gillium | 28247 E. Larkmoor Dr | KA, MOUNIRU & DIEYE-EP-KA,YAYE N | | 190,000 |
| MICHAEL/JOANNE GRAVES | 28429 Stuart | KADEJA ROBERTS | | 95,000 |
| RICHARD HUTCHINSON, | 28451 Glasgow St | NATALIE C GRAMONT (New Owner) | | 105,000 |
| CORA DOZIER | 28492 Aberdeen st | | still held by snr | |
| JOHN MC GILL | 28590 marshall | Jamil Gaston (New owner) | | 104,900 |
| Lisa Smith | 28619 N. Regent Ct | lawsuit - Jackson no lis pendens | still held by snr | |
| 28784 SUTHERLAND LLC (jeremy Burgess | 28784 Sutherland St | | still held by snr | |
| Christina d Weinhaus | 29496 Fairfax | | | 147,000 |
| Sharron Rose | 29555 Heritage Lane | knows mayor | still held by snr | |
| Aida Brown??? Unclear - Toby check | 29595 Meadowlane Dr | ??? | | 0 |
| Mary Ingram (Bankruptcy - got back) | 29766 Everett | | | 0 |
| ANTHONY/FOLAKE AKANDE | 29800 Chelmsford | katie Mcdowell/Katie Greenfield | | 152,500 |
| Stefanie Boyd | 30280 Woodgate Dr | part of Jackson lawsuit | still held by snr | |
| Dell Johnson (fed lawsuit -lis pendens) | 5000 Town Center, Unit 1304 | | still held by snr | |
| 76 24 08 302 014 | Vacant - Special Asset mgmt Group, LLC 1.9 a | Farmbrook Dev LLC | | 12,000 |
| 76 24 26 301 030 | Jonathon M Ellison  Lee Baker Dr (Vacant) .4 a | JKLM REAL ESTATE | | **7,500** |
| 76 24 24 176 010 | meadowland (Vacant) .4 acres  SYLLA, MCMULLEN ZOHONON | | still held by snr | |
| 76 24 19 301 017 | Ormand Dr Vacant - 2 acres SNR  ( TEWODROS FESSEHA) | | still held by snr | |
| 76 24 27 351 052 | Russell Rd (Vacant) nickolas Jennings | 21212 w 9 mile | | |
| 76 24 13 204 014 | Selkirk (Vacant) .28 acres | YAN LI/Eastland Prop & Inv, LLC) (former no) | | |
| 76 24 30 302 016 Sally Mae Fuller | Staunton Rd (Vacant) | JKLM Real Estate no? .6 acres | | 10,000 |
| 76 24 30 351 023 | Staunton Rd (Vacant) | SNR 1.6 acres | | |
| 76 24 24 126 022 | w. 11 Mile rd | THOMAS JACKSON .5 acres | still held by snr | |
| 76 24 27 351 052  ??? (not accurate - sho | W. 9 Mile Rd (Vacant) | lookup w county records | | |
| 76 24 34 454 017 | Westhaven + 1/2 Vacant Alley  .104 acres | AMMAR SABRI | still held by snr | 9390933 |
| | | | $ | 9,390,933.00 |

notes
SNR Profits to Date = $7,361,842
Remaining props = 37 ($5.5 mill)
JKLM PROPS (10) $2 mill
HABITAT HOUSES(8) $1.6 million
Other with Wyandotte Connections 4 $1.2 mill
In Litigation  15 ($3.75 mill)
HP Snap Investments (3)

| Date taken | Date purchased | NRI PRICE | | | | | |
|---|---|---|---|---|---|---|---|
| 6/16/2019 | 7/12/2012 | 1.00 | | | | | |
| 2/8/2017 | 3/28/2019 | 1.00 | | | | | |
| 2/3/2016 | | 1.00 | | | | | |
| 2/8/2017 | 5/31/2018 | 1.00 | | | | | |
| 7/31/2017 | | 1.00 | | | | | |
| 7/7/2016 | 10/23/2019 | 1.00 | | | | | |
| 2/3/2016 | 1/25/2018 | 1.00 | | | | | |
| | 7/7/2016 | 1.00 | | | | | |
| 7/31/2017 | 3/26/2019 | 1.00 | | | | | |
| 7/7/2016 | 8/31/2017 | 1.00 | | | | | |
| 7/7/2016 | 1/17/2018 | 1.00 | | | | | |
| 6/29/2018 | 9/20/2019 | 1.00 | | | | | |
| 7/31/2017 | 7/29/2019 | 1.00 | | | | | |
| 7/7/2016 | 3/9/2018 | 1.00 | | | | | |
| 6/29/2018 | | 1.00 | | | | | |
| 7/31/2017 | | 1.00 | | | | | |
| | 4/8/2019 | 1.00 | | | | | |
| 7/31/2017 | | 1.00 | | | | | |
| 7/31/2017 | | 1.00 | | | | | |
| 7/31/2017 | | 1.00 | | | | | |
| 6/29/2018 | 12/9/2019 | 1.00 | | | | | |
| 7/7/2016 | 10/23/2017 | 1.00 | | | | | |
| 7/31/2017 | 8/24/2018 | 1.00 | | | | | |
| 7/31/2016 | 10/25/2019 | 1.00 | | | | | |
| 2/14/2018 | | 1.00 | | | | | |
| 7/7/2016 | 8/25/2017 | 1.00 | | | | | |
| 7/31/2017 | 6/8/2019 | 1.00 | | | | | |
| 2/3/2016 | 8/23/2017 | 1.00 | | | | | |
| | | 1.00 | | | | | |
| 12/5/2018 | 2/8/2017 | 1.00 | | | | | |
| 1/3/2018 | 7/7/2016 | 1.00 | | | | | |
| | 6/29/2018 | 1.00 | | | | | |
| 12/27/2017 | 7/7/2016 | 1.00 | | | | | |
| | 2/8/2017 | 1.00 | | | | | |
| 1/12/2018 | 7/7/2016 | 1.00 | | | | | |
| 12/30/2019 | 2018 | 1.00 | | | | | |
| | 3/25/2019 | 1.00 | | | | | |
| 1/13/2020 | 7/7/2016 | 1.00 | | | | | |
| | | | | | | | |
| | 7/31/2017 | 1.00 | | | | | |
| 2/8/2019 | 7/31/2017 | 1.00 | | | | | |
| 9/17/2019 | 7/7/2016 | 1.00 | | | | | |
| 8/8/2017 | 7/7/2016 | 1.00 | | | | | |
| 9/17/2019 | 7/31/2017 | 1.00 | | | | | |
| | 6/29/2018 | 1.00 | | | | | |
| | 7/16/2019 | 1.00 | | | | | |
| | 7/31/2017 | 1.00 | | | | | |
| 6/5/2018 | 7/31/2017 | 1.00 | | | | | |
| 6/1/2018 | 7/31/2017 | 1.00 | | | | | |
| 5/31/2018 | 7/31/2017 | 1.00 | | | | | |
| 6/7/2019 | 7/31/2017 | 1.00 | | | | | |
| 8/23/2017 | 7/7/2016 | 1.00 | | | | | |
| | | 1.00 | | | | | |
| 8/24/2018 | 7/7/2016 | 1.00 | | | | | |
| 2/4/2018 | 7/7/2016 | 1.00 | | | | | |
| | 2/8/2017 | 1.00 | | | | | |
| | 7/7/2016 | 1.00 | | | | | |
| | 7/31/2017 | 1.00 | | | | | |
| | 3/25/2019 | 1.00 | | | | | |
| 4/8/2019 | 6/29/2018 | 1.00 | | | | | |
| | 7/31/2017 | 1.00 | | | | | |
| 9/17/2019 | 7/31/2017 | 1.00 | | | | | |
| 3/8/2019 | 7/31/2017 | 1.00 | | | | | |
| 4/30/2019 | 7/31/2017 | 1.00 | | | | | |
| | 2/14/2018 | 1.00 | | | | | |
| 11/20/2019 | 7/7/2016 | 1.00 | | | | | |
| 6/3/2019 | 7/31/2017 | 1.00 | | | | | |
| 11/18/2019 | 7/31/2017 | 1.00 | | | | | |
| | 6/29/2018 | 1.00 | | | | | |
| | | 1.00 | | | | | |
| | 6/29/2018 | 1.00 | | | | | |
| 10/25/2019 | 7/31/2017 | 1.00 | | | | | |
| | 7/7/2016 | 1.00 | | | | | |
| 10/28/2018 | 7/31/2017 | 1.00 | | | | | |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| 5/12/2017 | 7/7/2016 | 1.00 | | | | | |
| | 7/31/2017 | 1.00 | | | | | |
| | 6/29/2018 | 1.00 | | | | | |
| 3/5/2019 | 7/31/2017 | 1.00 | | | | | |
| | | 1.00 | | | | | |
| 5/31/2019 | 6/29/2018 | 1.00 | | | | | |
| | 7/31/2017 | 1.00 | | | | | |
| 7/25/2017 | 7/7/2016 | 1.00 | | | | | |
| | 7/16/2019 | 1.00 | | | | | |
| | 6/29/2018 | 1.00 | | | | | |
| 1/16/2018 | 7/7/2016 | 1.00 | | | | | |
| 6/7/2019 | 6/29/2018 | 1.00 | | | | | |
| 12/20/2019 | 7/31/2017 | 1.00 | | | | | |
| | | 1.00 | | | | | |
| 4/8/2019 | 6/29/2018 | 1.00 | | | | | |
| | 6/29/2018 | 1.00 | | | | | |
| 5/22/2018 | 2/3/2016 | 1.00 | | | | | |
| | 2/8/2017 | 1.00 | | | | | |
| | 7/7/2016 | 1.00 | | | | | |
| 11/27/2019 | 7/31/2017 | 1.00 | | | | | |
| 6/4/2018 | 7/7/2016 | 1.00 | | | | | |
| 10/25/2019 | 6/29/2018 | 1.00 | | | | | |
| 8/9/2018 | 7/7/2016 | 1.00 | | | | | |
| 10/25/2019 | 6/29/2018 | 1.00 | | | | | |
| 10/3/2019 | 6/29/2017 | 1.00 | | | | | |
| | 7/7/2016 | 1.00 | | | | | |
| 1/26/2018 | 7/31/2017 | 1.00 | | | | | |
| 1/10/2020 | 6/29/2018 | 1.00 | | | | | |
| 10/5/2018 | 7/7/2016 | 1.00 | | | | | |
| 9/11/2017 | 7/7/2016 | 1.00 | | | | | |
| 10/25/2019 | 7/31/2017 | 1.00 | | | | | |
| 12/2/2019 | 7/31/2017 | 1.00 | | | | | |
| 8/8/2017 | 7/7/2016 | 1.00 | | | | | |
| 11/30/2017 | 7/7/2016 | 1.00 | | | | | |
| | 2/4/2018 | 1.00 | | | | | |
| 8/31/2017 | 7/7/2016 | 1.00 | | | | | |
| | 7/31/2017 | 1.00 | | | | | |
| | 6/29/2018 | 1.00 | | | | | |
| 9/13/2019 | 6/29/2018 | 1.00 | | | | | |
| | 7/31/2017 | 1.00 | | | | | |
| 3/28/2017 | 7/7/2016 | 1.00 | | | | | |
| 3/28/2017 | 7/7/2016 | 1.00 | | | | | |
| 1/5/2018 | 7/7/2016 | 1.00 | | | | | |
| | 7/31/2017 | 1.00 | | | | | |
| | 2/8/2017 | 1.00 | | | | | |
| 8/22/2019 | 6/29/2018 | 1.00 | | | | | |
| 10/25/2019 | 9/27/2018 | 1.00 | | | | | |
| | 6/29/2018 | 1.00 | | | | | |
| | 6/29/2018 | 1.00 | | | | | |
| | | 1.00 | | | | | |
| | | 1.00 | | | | | |
| 10/25/2019 | 6/29/2018 | 1.00 | | | | | |
| | 6/19/2018 | 1.00 | | | | | |
| | 6/29/2018 | 1.00 | | | | | |
| | | 1.00 | | | | | |
| | 6/29/2018 | 1.00 | | | | | |