# INDEX OF EXHIBITS

Exhibit 1 – Motion to Amend

Exhibit 2 – *Lyons v. Washington*

Exhibit 3 – *Tyler v. Hennepin Cty.*

Exhibit 4 – *Reid v. Bank of Am., N.A.*

Exhibit 5 – *Ostipow v. Federspiel*

Exhibit 6 – *Jackson v. Southfield Neighborhood Revitalization Initiative*