INDEX OF EXHIBITS

A. *Fox v. County of Saginaw*, Case No. 19-11887 (E.D. Mich., January 13, 2021)

B. *Freed v. Thomas* Case No. 17-13519 ECF No. 100, Page ID1713 (February 26,2021)

C. *Arkona, LLC* v. *County of Cheboygan et al.*,19-12372, ECF No.35, Page Id813 (January 15, 2021)

D. *Pung v. Kopke* Case No.18-01334, ECF 119, Page Id.1348 (Western District of Michigan, September 29, 2020)

E. *Jackson v. Oakland County et* al. 2021Mich. LEXIS 169 (MSC. Case No.160888.Order (2021)

F.  Amended GPTA MCL 211.78m; Amended GPTA MCL211.78(t)(2)