UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TAWANDA HALL, *et al.*,

        Plaintiffs,

v.

OAKLAND COUNTY TREASURER ANDREW MEISNER, OAKLAND COUNTY, SOUTHFIELD NON-PROFIT HOUSING CORPORATION, and CITY OF SOUTHFIELD, *et al.*,

        Defendants.
_____/

Case No. 20-cv-12230

Paul D. Borman
United States District Judge

## **JUDGMENT**

For the reasons stated in the following Opinion and Orders:

(1)    Opinion & Order Granting Habitat For Humanity of Oakland County Inc.'s Motion to Dismiss Under Fed. R. Civ. P. 12(b)(6) (ECF No. 58);

(2)    Opinion & Order Granting Defendants Oakland County and Oakland County Treasurer Andrew Meisner's Motion to Dismiss (ECF No. 62);

(3)    Opinion & Order Granting Defendants Southfield Non-Profit Housing Corporation, Southfield Neighborhood Revitalization Initiative, LLC, Mitchell Simon, and E'Toile Libbett's Motion to Dismiss (ECF No. 65); and

(4)    Opinion & Order Granting Defendants City of Southfield, Frederick Zorn, Kenson Siver, Susan Ward-Witkowski, Gerald Witkowski, and Irvin Lowenberg's Motion to Dismiss (ECF No. 66).

it is ORDERED AND ADJUDGED that Defendants' Motions to Dismiss (ECF Nos. 24, 31, 32, 34) are GRANTED and this case is DISMISSED WITH PREJUDICE.

IT IS SO ORDERED.

Dated: October 4, 2021

s/Paul D. Borman
Paul D. Borman
United States District Judge