UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

TAWANDA HALL, et al.,

           Plaintiff(s),

v.

OAKLAND COUNTY TREASURER
ANDREW MEISNER, et al.,

           Defendant(s).
_____/

Case No.  Case No. 20-cv-12230

Paul D. Borman

## NOTICE OF APPEAL

Notice is hereby given that TAWANDA HALL, et al., appeals to the United States Court of Appeals for the Sixth Circuit from the: ☑ Judgment ☐ Order

☐ Other: _____

entered in this action on October 4, 2021.

Date: November 3, 2021

Counsel is: RETAINED

/s/ Mark L. McAlpine

McAlpine P.C.
Mark L. McAlpine
Bar No. P35583
3201 University Dr. Ste 200
Auburn Hills, MI 48326
(248) 373-3700
mlmcalpine@mcalpinepc.com

Appellant: Please file this form with the District Court Clerk's Office. If you are paying the filing fee, please make your $505.00 check payable to: Clerk, U.S. District Court.