# UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | 100 EAST FIFTH STREET, ROOM 540 | |
|---|---|---|
| Deborah S. Hunt | POTTER STEWART U.S. COURTHOUSE | Tel. (513) 564-7000 |
| Clerk | CINCINNATI, OHIO 45202-3988 | www.ca6.uscourts.gov |

Filed: June 14, 2022

Mr. Jayson Edward Blake
Mr. John R. Fleming
Mr. William H. Horton
Mr. Michael August Knoblock
Ms. Christina Marie Martin
Mr. Mark McAlpine
Mr. Matthew Nicols
Mr. Adam Theodore Schnatz
Mr. T. Joseph Seward
Mr. Scott Fenton Smith
Ms. Kathryn Daly Valois

Re: Case No. 21-1700/21-2956, *Tawanda Hall, et al v. Andrew Meisner, et al*
Originating Case No. : 2:20-cv-12230

Dear Counsel,

The Court issued the enclosed Order today in this case.

Sincerely yours,

s/Ryan E. Orme
Case Manager
Direct Dial No. 513-564-7079

Enclosure

Case No. 21-1700/21-2956

## UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

### ORDER

TAWANDA HALL; CAROLYN MILLER; AMERICAN INTERNET GROUP, LLC; ANTHONY AKANDE; CURTIS LEE; CORETHA LEE; MARCUS BYERS; KRISTINA GOVAN; ESTATE OF DELL JOHNSON, Tiffany N. Johnson, Personal Representative, an Individual

      Plaintiffs - Appellants

v.

ANDREW E. MEISNER, Oakland County, MI Treasurer; OAKLAND COUNTY, MI; SOUTHFIELD NEIGHBORHOOD REVITALIZATION INITIATIVE, LLC; CITY OF SOUTHFIELD, MI; FREDERICK ZORN; KENSON SIVER; SUSAN P. WARD-WITKOWSKI; GERALD WITKOWSKI; IRV LOWENBERG; MITCHELL SIMON; E'TOILE LIBBETT; SOUTHFIELD NON-PROFIT HOUSING CORPORATION

      Defendants - Appellees

   The court having determined that consolidation of the above causes for the purpose of submission is appropriate,

   It is **ORDERED** that the causes be and they hereby are consolidated for the purpose stated above.

                          **ENTERED PURSUANT TO RULE 45(a),**
                          **RULES OF THE SIXTH CIRCUIT**
                          Deborah S. Hunt, Clerk

Issued: June 14, 2022