# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: January 12, 2023

Ms. Kinikia D. Essix
Eastern District of Michigan at Detroit
231 W. Lafayette Boulevard
Fifth Floor Theodore Levin U.S. Courthouse
Detroit, MI 48226-0000

      Re:  Case No. 21-1700, *Tawanda Hall, et al v. Andrew Meisner, et al*
         Originating Case No. : 2:20-cv-12230

Dear Ms. Essix,

 Enclosed is a copy of the mandate filed in this case.

              Sincerely yours,

              s/Austin D. Tyree
                for Ryan Orme, Case Manager

cc: Mr. Kyle Michael Asher
   Mr. Jayson Edward Blake
   Mr. John J. Bursch
   Ms. Janet D. Callahan
   Mr. John R. Fleming
   Mr. Stephen W. Funk
   Mr. Matthew Burton Hodges
   Mr. William H. Horton
   Mr. Peter C. Jensen
   Mr. Michael August Knoblock
   Mr. Frank Krycia
   Mr. Steven Charles Liedel
   Ms. Christina Marie Martin
   Mr. Mark McAlpine

    Mr. Matthew T. Nelson
    Mr. Matthew Nicols
    Mr. Theodore W. Seitz
    Mr. T. Joseph Seward
    Mr. Scott Fenton Smith
    Ms. Kathryn Daly Valois
    Mr. Matthew P. Yourkvitch

Enclosure

# UNITED STATES COURT OF APPEALS
# FOR THE SIXTH CIRCUIT

_____

No: 21-1700

_____

Filed: January 12, 2023

TAWANDA HALL; CAROLYN MILLER; AMERICAN INTERNET GROUP, LLC; ANTHONY AKANDE; CURTIS LEE; CORETHA LEE; MARCUS BYERS; KRISTINA GOVAN; ESTATE OF DELL JOHNSON, Tiffany N. Johnson, Personal Representative, an Individual

       Plaintiffs - Appellants

v.

ANDREW E. MEISNER, Oakland County, MI Treasurer; OAKLAND COUNTY, MI; SOUTHFIELD NEIGHBORHOOD REVITALIZATION INITIATIVE, LLC; CITY OF SOUTHFIELD, MI; FREDERICK ZORN; KENSON SIVER; SUSAN P. WARD-WITKOWSKI; GERALD WITKOWSKI; IRV LOWENBERG; MITCHELL SIMON; E'TOILE LIBBETT; SOUTHFIELD NON-PROFIT HOUSING CORPORATION

       Defendants - Appellees

## MANDATE

Pursuant to the court's disposition that was filed 10/13/2022 the mandate for this case hereby issues today.

COSTS: None