# Supreme Court of the United States
## Office of the Clerk
## Washington, DC  20543-0001

April 13, 2023

**Scott S. Harris**
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Sixth Circuit
540 Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, OH  45202-3988

**FILED**
Apr 17, 2023
DEBORAH S. HUNT, Clerk

Re:  Tawanda Hall, et al.
v. Andrew Meisner, Oakland County Treasurer, et al.
No. 22-996
(Your No. 21-1700)

Dear Clerk:

The petition for a writ of certiorari in the above entitled case was filed on April 11, 2023 and placed on the docket April 13, 2023 as No. 22-996.

Sincerely,

**Scott S. Harris**, Clerk

by

Rashonda Garner
Case Analyst