# Supreme Court of the United States
# Office of the Clerk
# Washington, DC 20543-0001

June 20, 2023

Scott S. Harris
Clerk of the Court
(202) 479-3011

Clerk
United States Court of Appeals for the Sixth Circuit
540 Potter Stewart U.S. Courthouse
100 East Fifth Street
Cincinnati, OH  45202-3988

**FILED**
Jun 21, 2023
DEBORAH S. HUNT, Clerk

Re: Andrew Meisner, Oakland County Treasurer, et al.
v. Tawanda Hall, et al.
No. 22-874
(Your No. 21-1700)

Dear Clerk:

The Court today entered the following order in the above-entitled case:

The petition for a writ of certiorari is denied.

Sincerely,

*[signature]*

**Scott S. Harris**, Clerk