UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Tawanda Hall, et al.,

                    Plaintiff(s),

v.                                              Case No. 2:20−cv−12230−PDB−EAS
                                                    Hon. Paul D. Borman

Andrew Meisner, et al.,

                    Defendant(s),

### ORDER REQUIRING RESPONSE

The following document has been filed:

        Complaint – #1

IT IS HEREBY ORDERED that Oakland County shall file a response to the above document on or before August 11, 2023. The response shall be filed in accordance with E.D. Mich. L.R. 7.1.

                                                    s/Paul D. Borman
                                                    Paul D. Borman
                                                    U.S. District Judge

### Certificate of Service

I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                By: s/D Tofil
                                                     Case Manager

Dated:  July 31, 2023