UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TAWANDA HALL,

    Plaintiff,

v.

OAKLAND COUNTY TREASURER
ANDREW MEISNER, et al.,

    Defendants.
_____/

Case No.: 20-cv-12230

Paul D. Borman
United States District Judge

Elizabeth A. Stafford
United States Magistrate Judge

ORDER REQUIRING PARTIES TO MEET
AND TO FILE JOINT FED.R.CIV.P. 26 PLAN

    Plaintiff is to convene a meeting with all counsel for the purpose of preparing a joint discovery plan in accordance with Fed.R.Civ.P. 26(f).  The joint discovery plan should be electronically filed on or before **March 25, 2024**, cover the topics required by the rule and contain:

1.     A brief summary of the case and issues;

2.     Subject matter jurisdiction;

3.     Relationship, if any, to other cases;

4.     Amount of time necessary for the discovery process - generally 6 to 9 months from the date of filing is allowed by the Court;

5.	Necessity of amendments to pleadings, additional parties, third-party complaints, expert testimony, etc.;

6.	Anticipated motions;

7.	Use of Case Evaluation (see L.R. 16.3 re: sanctions) or other methods of alternate dispute resolution. If the parties consent to State Case Evaluation, the parties must file a stipulation to that effect.

Please note the following:

Corporate affiliations: Fed.R.Civ.P. 7.1 Disclosure Statement requires that nongovernmental corporate parties must file a statement that: (A) identifies any parent corporation and any publicly held corporation owning 10% or more of its stock; or (B) states that there is no such corporation.  Counsel should complete and electronically file, where appropriate, the <u>Disclosure of Corporate Affiliations</u> form.

Consent to Magistrate Judge adjudicating this matter: if the parties agree to have a United States Magistrate Judge conduct any and all further proceedings in this case, they must sign and file Form AO 85, found in the forms section on the Court's website, www.mied.uscourts.gov.

Discovery: Counsel should commence the discovery process immediately and not wait for receipt of the scheduling order.  Parties are bound by Fed.R.Civ.P.

30(d)(2) concerning depositions and Fed.R.Civ.P. 33(a) limiting the number of interrogatories.

FONT SIZE: LR 5.1(a)(3) states, "Except for standard preprinted forms that are in general use, type size of all text and footnotes must be no smaller than 10-1/2 characters per inch (non-proportional) or 14 point (proportional)." The page limits for briefs have changed as well. Any submissions in violation of this rule will be STRICKEN. Times New Roman 14 point font is preferred.

SO ORDERED.

Dated: March 1, 2024

s/Paul D. Borman  
Paul D. Borman  
United States District Judge