UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

TAWANDA HALL, CURTIS LEE,
CORETHA LEE, and KRISTINA
GOVAN,

    Case No. 20-12230

   Plaintiffs,

    Paul D. Borman
    United States District Judge

v.

OAKLAND COUNTY,

   Defendant,
_____/

## ORDER STAYING CASE FOR 90 DAYS

On March 26, 2024, the parties in this case filed a Stipulation for Stay, stipulating to stay this case for 90 days while they attempt to settle this case as well as a number of other similar cases now pending or about to be filed. (ECF No. 109.)

It has long been recognized that "the power to stay proceedings is incidental to the power inherent in every court to control the disposition of the cases on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. North American Co.*, 299 U.S. 248, 254-55 (1936). "How this can best be done calls for the exercise of judgment, which must weigh competing interests and maintain an even balance." *Id.*

Upon careful consideration of the parties' Stipulation, and in the exercise of its discretion, the Court finds that a stay in this case will best conserve the resources of counsel, the litigants, and the Court, and avoid multiple proceedings.

Accordingly, IT IS ORDERED that all proceedings in this matter are **STAYED** for 90 days, to **June 24, 2024**.

IT IS SO ORDERED.

Dated: March 26, 2024　　　　　　　　　　s/ Paul D. Borman
　　　　　　　　　　　　　　　　　　　　Paul D. Borman
　　　　　　　　　　　　　　　　　　　　United States District Judge