## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

TAWANDA HALL ET AL.,

    Plaintiffs,

v.

                                      Case No. 20-cv-12230-PDB-EAS
                                      Honorable Paul D. Borman

ANDREW MEISNER ET. AL.,

    Defendants.

_____/

## NOTICE OF WITHDRAWAL OF COUNSEL
## FOR JAYSON E. BLAKE

PLEASE TAKE NOTICE that McAlpine PC is withdrawing Jayson E. Blake's appearance as counsel for Plaintiffs in the below referenced matters, as he are no longer be employed by the McAlpine PC.

Please remove Jayson E. Blake from all service lists for this case. McAlpine PC and Mark L. McAlpine, along with others will continue to represent Plaintiffs in this matter.

Dated: April 25, 2024                    Respectfully submitted,

                                                      /s/ *Mark. L. McAlpine*
                                                      Mark L. McAlpine
                                                      MCALPINE P.C.
                                                      3201 Universit6y Dr. STE 200
                                                      Auburn Hills, MI  48326
                                                      (248) 373-3700 Telephone
                                                      (248) 373-3708 Facsimile
                                                      mlmcalpine@mcalpinepc.com

# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

TAWANDA HALL ET AL.,

    Plaintiffs,

v.

    Case No. 20-cv-12230-PDB-EAS
    Honorable Paul D. Borman

ANDREW MEISNER ET. AL.,

    Defendants.

_____/

## ORDER GRANTING PLAINTIFFS NOTICE OF WITHDRAWAL OF JAYSON E. BLAKE AS COUNSEL FOR PLAINTIFF

Upon reading Plaintiff's Notice of Withdrawal of Jayson E. Blake as counsel and the court being apprised in the premises;

IT IS SO ORDERED that counsel Jayson E. Blake shall be withdrawn as counsel of record in this matter.

Dated: April 26, 2024
                                            s/ Paul D. Borman
                                            Paul D. Borman
                                            United States District Judge