## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF MICHIGAN
## SOUTHERN DIVISION

TWANDA HALL, et al.,

        CIVIL ACTION NO. 20-cv-12230

    Plaintiffs,

        HON. JONATHAN J.C. GREY

v.

OAKLAND COUNTY TREASURER, et al.,

    Defendants.

_____/

## SCHEDULING ORDER

This case, having come before the Court pursuant to Rule 16(b)(1)(A) of the Federal Rules of Civil Procedure or Rule 16(b)(1)(B) status conference, the Court **ORDERS** the following schedule controlling the progress of this case:

**Initial Disclosures** must be exchanged by:    Plaintiff: October 25, 2024
Defendant: November 1, 2024

**Initial Witness List** must be exchanged by:    Plaintiff: December 4, 2024
Defendant: December 11, 2024

**Fact Discovery** must be completed by:    January 3, 2025

**Alternative Dispute Resolution** referrals may be ordered under Local Rules 16.3 to 16.7. The parties may contact the Court *no later than the discovery deadline* for referral under any of the ADR procedures. The Scheduling Order continues to govern the case during the ADR process. See Local Rule 16.3(g).

**Motions** (except trial motions <u>in limine</u>) must be filed by:    January 10, 2025

***Motion practice is governed by Local Rule 7.1 and Appendix CM/ECF.***

**Final Pretrial Conference:**

1)      A proposed ***Joint* Final Pretrial Order (governed by Local Rule 16.2)** must be submitted by and trial motions in limine must be filed by: January 10, 2025

2)      The **final pretrial conference** is set for:      January 22, 2025 at 4:00 p.m.

3)      Your client(s) or representative with full settlement authority **must** be present at the above conference.

**Trial** (Jury__X__ or Bench __) is set for:      February 25, 2025 at 8:30 a.m. No. of Days: to be determined.

1)      The parties must exchange exhibits listed in the JFPTO prior to trial.  Exhibits and witnesses not listed in the JFPTO will not be presented at trial.
2)      The parties must confer on proposed jury instructions prior to trial and submit one joint agreed to jury instructions on the first day of trial.

**Other Requirements**:
1)      The Local Rules/Appendix ECF (**www.mied.uscourts.gov** or the Clerk's Office for pro se litigants) and Federal Rules of Civil Procedure govern.
2)      Submissions of proposed Orders are governed by Local Rules 5.2, 58.1 and Appendix CM/ECF.
3)      A schedule may be modified only for good cause by leave of Court either through a Stipulation and Order submitted by the parties or, if no concurrence, by Motion.  Fed. R. Civ. P. 16(b)(4); Local Rule 40.2.

s/Jonathan J.C. Grey
Jonathan J.C. Grey
Dated:  October 8, 2024        United States District Judge

**Certificate of Service**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First-Class U.S. mail addresses disclosed on the Notice of Electronic Filing on October 8, 2024.

<u>s/ **S. Osorio**</u>
Sandra Osorio
Case Manager