UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Tawanda Hall, et al.,

          Plaintiff(s),	Case No. 20-12230

v.	Honorable Jonathan J.C. Grey

Oakland County, et al.,	Magistrate Judge Elizabeth A. Stafford

          Defendant(s).
_____/

**ORDER REGARDING REASSIGNMENT OF COMPANION CASE**

      This case appears to be a companion case to Case No. __18-14042__. Pursuant to E.D. Mich LR 83.11, the Clerk is directed to reassign this case to the docket of the Honorable __Terrence G. Berg__ and Magistrate Judge __Anthony P. Patti__.

s/Jonathan J.C. Grey
Jonathan J.C. Grey
United States District Judge

s/Terrence G. Berg
Terrence G. Berg
United States District Judge

      Pursuant to this order, case assignment credit will be given to the appropriate Judicial Officers.
      Case type: __CIVIL__

      If the District Judge assigned to the companion case is located at another place of holding court, the office code will be changed accordingly.

Date: __January 3, 2025__	s/N. Ahmed
                                                            Deputy Clerk

cc:    Parties and/or counsel of record
       Honorable Terrence G. Berg